

# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

August 13, 2015

The Honorable Joanna Staton
District Clerk
Bell County Courthouse
P. O. Box 909
Belton, TX 76513
* DELIVERED VIA E-MAIL *

**RECEIVED**
AUG 2 6 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

RE:    Court of Appeals Number:    03-14-00274-CV
         Trial Court Case Number:    267,438-C

Style:    Archie Scaife
        v. The State of Texas

Dear Honorable Joanna Staton:

Enclosed, with reference to the above cause, is the mandate of this Court. Please file and execute in the usual manner. Your cooperation in this regard is appreciated.

In addition, as required by Texas Government Code, Sec. 51.204(d), the trial court clerk is notified that we will destroy all records filed in respect to this case with the exception of indexes, original opinions, minutes and general court dockets no earlier than six (6) years from the date final mandate is issued.

Very truly yours,

JEFFREY D. KYLE, CLERK

By: Amy Strother, Deputy Clerk

cc:    Mr. Bob D. Odom
       Mr. Archie Scaife

# MANDATE

THE STATE OF TEXAS

TO THE 169TH DISTRICT COURT OF BELL COUNTY, GREETINGS:

Trial Court Cause No. 267,438-C

Before our Court of Appeals for the Third District of Texas on June 3, 2015, the cause on appeal to revise or reverse your judgment between

Archie Scaife

v.

The State of Texas

No. 03-14-00274-CV

Was determined, and therein our Court of Appeals made its order in these words

This is an appeal from the judgment signed by the trial court on March 27, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.

Wherefore, we command you to observe the order of our Court of Appeals in this behalf and in all things have the order duly recognized, obeyed, and executed.

Witness the Honorable Jeff L. Rose, Chief Justice of the Court of Appeals for the Third District of Texas, with the seal of the Court affixed in the City of Austin on Thursday, August 13, 2015.

_____
JEFFREY D. KYLE, CLERK

By: Amy Strother, Deputy Clerk

# BILL OF COSTS

## TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

No. 03-14-00274-CV

**Archie Scaife**

v.

**The State of Texas**

(No. 267,438-C IN 169TH DISTRICT COURT OF BELL COUNTY)

| Type of Fee | Charges | Paid | By |
|---|---|---|---|
| REPORTER'S RECORD | $125.00 | UNKNOWN | |
| REPORTER'S RECORD | $128.90 | UNKNOWN | |
| CHAPTER 51 SUPREME COURT FEE | $50.00 | INDIGENT | |
| FILING | $100.00 | INDIGENT | |
| INDIGENT | $25.00 | INDIGENT | |
| STATEWIDE EFILING FEE | $20.00 | INDIGENT | |

**Balance of costs owing to the Third Court of Appeals, Austin, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **JEFFREY D. KYLE, CLERK** OF THE THIRD COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE THIRD DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Third District of Texas on August 13, 2015.



**JEFFREY D. KYLE, CLERK**

By: Amy Strother, Deputy Clerk



# Court of Appeals

### Third District

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED FIRST CLASS



U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401603 AUG 13 2015

$ 000.41

discharged
RTS

RECEIVED
AUG 2 6 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

MR. ARCHIE SCAIFE
TDCJ # #1582863
BYRD U~~
21 FM 2~~
HUNTS~~

NIXIE          773    DC 1              BBBB/23/15

RETURN  TO  SENDER
NOT DELIVERABLE  AS  ADDRESSED
UNABLE  TO  FORWARD

BC:  78711254747      *1793-09447-23-15